**Electronically Filed
Supreme Court
SCWC-26118
20-JAN-2023
08:09 AM
Dkt. 10 OGAC**

SCWC-26118

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI, Respondent/Plaintiff-Appellee,

vs.

JASON K. PERRY, Petitioner/Defendant-Appellant,

and

RYAN H. ONUMA, DELANEO K. PUHA, JAMISON MITCHELL, MARVIN T. CADIZ, VAUGHN N. KAAUMOANA, and DAVID V.C. MAGALEI, Defendants.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(NO. 26118; CASE NO. 1PC021000796)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Petitioner/Defendant-Appellant Jason K. Perry's application

for writ of certiorari filed on December 7, 2022, is accepted.

IT IS FURTHER ORDERED, that no oral argument will be heard

in this case. Any party may, within ten days and pursuant

to Rule 34(c) of the Hawaiʻi Rules of Appellate Procedure, move

for retention of oral argument.

DATED:  Honolulu, Hawaiʻi, January 20, 2023.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins